UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HARVEY PROPERTY MANAGEMENT GROUP LLC on behalf of itself and all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | )   No. 1:16-cv-03164-WTL-TAB |
| vs. | )<br>)<br>) |
| HMS COMPANIES, INC doing business as HICKORY MANAGEMENT SERVICES; et al. | )<br>)<br>)<br>) |
| Defendants. | ) |

**ORDER ON JULY 27, 2017, SETTLEMENT CONFERENCE**

Parties appeared by counsel July 27, 2017, for a settlement conference. Settlement discussions were held and this case is settled, subject to Court approval. The Plaintiff shall file a motion for preliminary approval of the settlement within 28 days. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated.

Date: 7/31/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.