UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **HARVEY PROPERTY MANAGEMENT GROUP LLC**, on behalf of itself and all others similarly situated, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:16-cv-3164-WTL-TAB<br>) |
| **HMS COMPANIES, INC., d/b/a HMScreening, Lenders Portfolio, Hickory Energy, HMS Credit Services Company, HMS Maintenance Services, HMS Lender Recovery Services, and Hickory Management Services, and MICHAEL FLECKENSTEIN**, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL

This matter comes before the Court on Plaintiff's Unopposed Motion for Extension of Time to File Motion for Preliminary Approval. The Court, having reviewed said Motion and being otherwise duly advised in the premises, now finds that said Motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that Plaintiff's Unopposed Motion for Extension of Time to File Motion for Preliminary Approval be, and hereby is, granted, and the Plaintiff shall have an additional seven (7) days, to and including September 5, 2017, within which to respond to file its Motion for Preliminary Approval.

Date: 8/31/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana